IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-2 |
| DAVID GEOFFREY ALLINGHAM, | |
| *Defendant.* | |

### CRIMINAL INFORMATION

The United States Attorney charges that:

<u>Count One</u>

THE UNITED STATES ATTORNEY CHARGES THAT beginning in and around April 2019 and continuing thereafter up to and including January 2024, in Oakton, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, David Allingham, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown, to knowingly and intentionally distribute and possess with intent to distribute oxycodone and amphetamines, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846)

## Count Two

THE UNITED STATES ATTORNEY CHARGES THAT between at least in and around April 2019 and continuing thereafter up to and including January 2024, in Oakton, Virginia, within the Eastern District of Virginia, the defendant, David Allingham, did unlawfully and knowingly use and maintain premises, to wit, the Oakton Primary Care Centers, located in Oakton, Virginia, for the purpose of distributing controlled substances.

(In violation of Title 21, United States Code, Section 856(a)(1))

## Count Three

THE UNITED STATES ATTORNEY CHARGES THAT on or about March 15, 2023, within the Eastern District of Virginia, the defendant, David Allingham, knowingly and willfully falsified, concealed, and covered up by a trick, scheme, and device a material fact—i.e. the defendant knowingly used without lawful authority the NPI number, name, and signature of another medical prescriber under the false pretense that another subscriber had authorized the prescription—in connection with the delivery of and payment for health care benefits, items, and services involving Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc., a health care benefit program as defined in 18 U.S.C. § 24(b), in violation of Title 18, United States Code, Section 1035.

(In violation of Title 18, United States Code, Section 1035)

## FORFEITURE NOTICE

The defendant, DAVID GEOFFREY ALLINGHAM, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the controlled substance offenses alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The defendant, DAVID GEOFFREY ALLINGHAM, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of either of the offenses alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

[CONTINUED ON NEXT PAGE]

Pursuant to 21 U.S.C. § 853(p), DAVID GEOFFREY ALLINGHAM shall forfeit substitute property, if, by any act or omission of DAVID GEOFFREY ALLINGHAM, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: January 15, 2025

By: _____
Heather D. Call
Assistant United States Attorneys