JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                      U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No X     Judge Assigned: RDA
City     Oakton              Superseding Indictment ___       Criminal Number: 25-CR-2
County/Parish  Fairfax       Same Defendant ___               New Defendant   X
                             Magistrate Judge Case Number  N/A  Arraignment Date: ___
                             Search Warrant Case Number  ___
                             R 20/R 40 from District of  ___
                             Related Case Name and No:  *United States v. Dustin Powell*, 1:22-cr-56-RDA

Defendant Information:
Juvenile -- Yes ___  No X   FBI # ___
Defendant Name: David Allingham      Alias Name(s) Dave Allingham, David Geoffrey Allingham, "Dr. Dave"
Address:  Oakton, VA 22124
Employment: ___
Birth date 1960   SS# 2130    Sex M  Def Race White   Nationality  U.S. Citizen   Place of Birth  Unknown
Height  5'09"   Weight 145   Hair Brown    Eyes Hazel    Scars/Tattoos ___
   Interpreter: X No  ___ Yes  List language and/or dialect: ___   Automobile Description ___

Location Status:
Arrest Date   N/A
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody       ___ On Pretrial Release    X  Not in Custody
___ Arrest Warrant Requested       ___ Fugitive               X  Summons Requested
___ Arrest Warrant Pending         ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name:  Bret Lee, Esq.           ___ Court Appointed      Counsel conflicted out: FPD
Address: 10521 Judicia Dr Ste. 100, Fairfax, VA 22030    X  Retained
Telephone: 703-936-0580         ___ Public Defender      Federal Public Defender's Office conflicted out: Yes

U.S. Attorney Information:
AUSA  Heather D. Call    Telephone No:  703-299-3700     Bar # ___
Complainant Agency, Address & Phone Number or Person & Title:
DEA Special Agent Alex Johnson

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to distribute Oxycodone and Amphetamines | 1 | Felony |
| 21 U.S.C. § 856(a)(1) | Maintaining a Drug Involved Premises | 2 | Felony |
| 21 U.S.C. § 1035 | False Statement Relating to Health Care Matter | 3 | Felony |

(May be continued on reverse)

Date:  December 23, 2024    Signature of AUSA:  /s/ Heather D. Call