IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA
Plaintiff,

v.                                              CASE NO.: 1:25-CR-2

DAVID ALLINGHAM,
Defendant,

## CONTINUANCE ORDER

UPON MOTION OF THE DEFENSE, it is hereby ORDERED that this matter be set for sentencing on May 14th, 2025, at 11:00 A.M.

IT IS FURTHER ORDERED that the sentencing scheduled for April 30th, 2025 is hereby continued and removed from the docket.

IT IS SO ORDERED THIS 14th Day of March, 2025.

_____

Hon. Rossie Alston, United States District Judge

EDVA